# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Warren Eugene Hines Jr.,** ) | | JUDGMENT IN CASE |
| ) | | |
| Petitioner(s), ) | | 3:23-cv-00669-FDW |
| ) | | 3:20-cr-00276-FDW-DSC |
| vs. ) | | |
| ) | | |
| **USA,** ) | | |
| Respondent(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 17, 2024 Order.

April 17, 2024

*Katherine H. Simon*

Katherine Hord Simon, Clerk
United States District Court